| | |
|---|---|
| 1 | TUBA J. FAROOQUI |
| 2 | NYS Bar No. 6101356 *(Admitted Pro Hac Vice)*<br>MICHAEL P. HILFERTY |
| 3 | NYS Bar No. 4719498 *(Pro Hac Vice submitted)*<br>WHITE, ROSE & HILFERTY, PC |
| 4 | 757 Third Avenue, 20th Floor<br>New York, NY 10017 |
| 5 | Telephone: (646) 452-8091<br>Facsimile: (646) 690-8897 |
| 6 | tfarooqui@nycjobattorney.com<br>mph@nycjobattorney.com |
| 7 | |
| 8 | DANIEL T. HAYWARD<br>Nevada State Bar No. 5986 |
| 9 | DOTSON, HAYWARD & VANCE, PC<br>5355 Reno Corporate Drive, Suite #100 |
| 10 | Reno, NV 89511<br>Telephone: (775) 501-9400 |
| 11 | Facsimile: (775) 245-9021<br>dhayward@dhvnv.com |
| 12 | |
| 13 | *Attorneys for Plaintiff* |

IN THE UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| DEBORAH K. RICHARDSON,<br><br>Plaintiff,<br><br>vs.<br><br>AIR SUPPLY, INC,<br><br>Defendant. | Case No.: 2:25-cv-02179-RFB-NJK<br><br>**STIPULATION AND ORDER EXTENDING TIME FOR PLAINTIFF TO FILE RESPONSE TO DEFENDANT'S PARTIAL MOTION TO DISMISS COMPLAINT (ECF 15)**<br><br>(FIRST REQUEST) |

Pursuant to LR 6-1, 6-2, and 7-1, Plaintiff DEBORAH K. RICHARDSON ("Plaintiff"), and Defendant AIR SUPPLY, INC. ("Defendant"), by and through their respective counsel of record, hereby agree and stipulate to extend the time allowed for Plaintiff to file her Opposition to Defendant's Partial Motion to Dismiss Complaint (ECF 15), to and including **February 4, 2026**.

This is the first request to extend the time for Plaintiff to file this Opposition.

///

///

1

This Stipulation is made for good cause and not for the purposes of delay, and is requested due to conflicts with Plaintiff's counsel's schedule.

IT IS SO STIPULATED.

DATED this 29th day of December 2025.

DOTSON, HAYWARD & VANCE, PC

_____
DANIEL T. HAYWARD
Nevada State Bar No. 5986
5355 Reno Corporate Dr., Ste 100
Reno, Nevada 89511
Tel. (775) 501-9400

TUBA J. FAROOQUI
NYS Bar No. 6101356
*(Admitted Pro Hac Vice)*
MICHAEL P. HILFERTY
NYS Bar No. 4719498
*(Pro Hac Vice submitted)*
WHITE, ROSE & HILFERTY, PC
757 Third Avenue, 20th Floor
New York, NY 10017
Tel. (646) 452-8091

*Attorneys for Plaintiff*

DATED this 29th day of December 2025.

THE KIRCHER LAW FIRM, PLLC

*/s/ Christopher D. Kircher*
*(w/ permission via email)*
_____
CHRISTOPHER D. KIRCHER
Nevada State Bar No. 11176
2831 St. Rose Parkway, 200
Henderson, Nevada 89052
Tel. (702) 508-6788

IT IS SO ORDERED.

DATED this __30__ day of __December__, 2025.

_____
**UNITED STATES DISTRICT JUDGE**