**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

Deborah K. Richardson,

      Plaintiff(s),

v.

Air Supply, Inc.,

      Defendant(s).

Case No. 2:25-cv-02179-RFB-NJK

**ORDER**

To date, the parties have not filed a stipulated discovery plan as required by Local Rule 26-1(a).  A joint discovery plan must be filed by February 12, 2026.

IT IS SO ORDERED.

Dated: February 6, 2026

_____

Nancy J. Koppe
United States Magistrate Judge

1