Christopher D. Kircher, Esq., Bar No. 11176
Email: cdk@kircherlawfirm.com
THE KIRCHER LAW FIRM, PLLC
2831 St. Rose Parkway, Suite 200
Henderson, Nevada 89052
Telephone: (702) 508-6788
Fax: (702) 297-6509

*Attorneys for Defendant Air Supply, Inc.*

THE KIRCHER LAW FIRM, PLLC
2831 St. Rose Parkway, Suite 200
Henderson, Nevada 89052
Telephone: (702) 508-6788

## IN THE UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| DEBORAH K. RICHARDSON,<br><br>                           Plaintiff,<br><br>v.<br><br>AIR SUPPLY, INC.,<br><br>                           Defendant. | Case No.:  2:25-cv-02179-RFB-NJK<br><br>**STIPULATION AND ORDER EXTENDING TIME FOR DEFENDANT TO FILE REPLY IN SUPPORT OF PARTIAL MOTION TO DISMISS COMPLAINT (ECF 15)**<br><br>**(First Request)** |

Defendant Air Supply, Inc. ("Defendant"), and Deborah K. Richardson ("Plaintiff"), by and through their respective counsel, hereby agree and stipulate to extend the time for Defendant to file its Reply in Support of Partial Motion to Dismiss the Complaint (ECF No. 15) up to and including **February 24, 2026**.

This is the first request to extend the time for Defendant to file its Reply.

///

///

///

1

THE KIRCHER LAW FIRM, PLLC
2831 St. Rose Parkway, Suite 200
Henderson, Nevada 89052
Telephone: (702) 508-6788

This Stipulation is made for good cause, not for the purpose of delay, and is requested due to scheduling conflicts of Defendant's counsel.

IT IS SO STIPULATED

DATED this 9th day of February 2026.

DATED this 9th day of February 2026.

**DOTSON, HAYWARD & VANCE, PC**

**THE KIRCHER LAW FIRM, PLLC**

*/s/ Daniel T. Hayward*
DANIEL T. HAYWARD
Nevada State Bar No. 5986
5355 Reno Corporate Dr., Ste 100
Reno, Nevada 89511
Tel. (775) 501-9400

*/s/ Christopher D. Kircher*
Christopher D. Kircher, Esq., Bar No. 11176
2831 St. Rose Parkway, Suite 200
Henderson, Nevada 89052

*Attorney for Defendant*

TUBA J. FAROOQUI
NYS Bar No. 6101356
*(Admitted Pro Hac Vice)*
MICHAEL P. HILFERTY
NYS Bar No. 4719498
*(Pro Hac Vice submitted)*
WHITE, ROSE & HILFERTY, PC
757 Third Avenue, 20th Floor
New York, NY 10017
Tel. (646) 452-8091

*Attorneys for Plaintiff*

## ORDER

**IT IS SO ORDERED.**

**DATED:** February 9, 2026.

_____
**RICHARD F. BOULWARE, II**
**UNITED STATES DISTRICT JUDGE**

2