TUBA J. FAROOQUI
NYS Bar No. 6101356 *(Pro Hac Vice)*
MICHAEL P. HILFERTY
NYS Bar No. 4719498 *(Pro Hac Vice)*
WHITE, ROSE & HILFERTY, PC
757 Third Avenue, 20th Floor
New York, NY 10017
Telephone: (646) 452-8091
Facsimile: (646) 690-8897
tfarooqui@nycjobattorney.com
mph@nycjobattorney.com

DANIEL T. HAYWARD
Nevada State Bar No. 5986
DOTSON, HAYWARD & VANCE, PC
5355 Reno Corporate Drive, Suite #100
Reno, NV 89511
Telephone: (775) 501-9400
Facsimile: (775) 245-9021
dhayward@dhvnv.com

*Attorneys for Plaintiff*

CHRISTOPHER D. KIRCHER
Nevada State Bar No. 11176
THE KIRCHER LAW FIRM, PLLC
2831 St. Rose Parkway, Suite 200
Henderson, Nevada 89052
Telephone: (702) 508-6788
Fax: (702) 297-6509
cdk@kircherlawfirm.com

*Attorney for Defendant*

## IN THE UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

-------------------------------------------------------------------
DEBORAH K. RICHARDSON,

                    Plaintiffs,

          vs.

AIR SUPPLY, INC,

                    Defendant.
-------------------------------------------------------------------

Case No.: 2:25-cv-02179-RFB-NJK

**STIPULATION AND ORDER FOR DISMISSAL WITH PREJUDICE**

The above-named parties, by and through their undersigned attorneys of record, hereby stipulate pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii) that this case may be dismissed with prejudice, with each party to bear his or its own costs and attorney fees.

1

Entry of this Stipulation and Order will result in the dismissal of the entire action, with prejudice, as to all Defendants.

Dated this 6th day of July, 2026.

　　　　　　　　　　　　　　　　/s/Tuba J. Farooqui____
　　　　　　　　　　　　　　　　TUBA J. FAROOQUI
　　　　　　　　　　　　　　　　MICHAEL P. HILFERTY
　　　　　　　　　　　　　　　　DANIEL T. HAYWARD
　　　　　　　　　　　　　　　　*Attorneys for Plaintiff*

Dated this 6th day of July, 2026.

　　　　　　　　　　　　　　　　_/s/Christoper D. Kircher_
　　　　　　　　　　　　　　　　CHRISTOPHER D. KIRCHER
　　　　　　　　　　　　　　　　*Attorneys for Defendant*

## ORDER

Good cause being found, **IT IS HEREBY ORDERED** the Parties' Stipulation for Dismissal (ECF No. 37) is **GRANTED**. This action is **DISMISSED** with prejudice, with each party bearing their own fees and costs. The Clerk of Court is kindly instructed to update the docket accordingly and close this case.

　　　　**DATED**: July 6, 2026.

　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　**RICHARD F. BOULWARE, II**
　　　　　　　　　　　　　　　　**UNITED STATES DISTRICT JUDGE**

2